### UNITED STATES of America, Plaintiff-Appellee,

v.

### Charles Leonhardt HAUPT, Defendant-Appellant.

### No. 17-3056

United States Court of Appeals, Tenth Circuit.

Filed May 26, 2017

(D.C. No. 2:15-CR-20019-JAR-1), (D. Kansas)

James A. Brown, Office of the United States Attorney, District of Kansas, Topeka, KS, Carrie N. Capwell, Sheri Catania, Esq., Office of the United States Attorney, District of Kansas, Kansas City, KS, Colin D. Wood, Office of the United States At-

---

torney, District of Kansas, Wichita, KS, for Plaintiff-Appellee

Virginia L. Grady, O. Dean Sanderford, Office of the Federal Public Defender, Districts of Colorado and Wyoming, Denver, CO, for Defendant-Appellant

Before MORITZ, EBEL, and O'BRIEN, Circuit Judges.

## ORDER AND JUDGMENT *

Per Curiam

The government has filed a motion to dismiss this appeal pursuant to an appeal waiver included in defendant-appellant Charles Haupt's plea agreement. Mr. Haupt, through counsel, "agrees that his appeal waiver is enforceable under ... *United States v. Hahn*, 359 F.3d 1315 (10th Cir. 2004) (en banc)" and "does not oppose the dismissal of this appeal." Resp. to Mot. for Enforcement of Appeal Waiver at 1.

Accordingly, the appeal is dismissed.

---

\* This panel has determined that oral argument would not materially assist the determination of this appeal. *See* Fed. R. App. P. 34(a)(2); 10th Cir. R. 34.1(G). The case is therefore ordered submitted without oral argument. This order and judgment is not binding precedent, except under the doctrines of law of the case, res judicata, and collateral estoppel. It may be cited, however, for its persuasive val-

ue consistent with Fed. R. App. P. 32.1 and 10th Cir. R. 32.1.